UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES MORAN and PAMELA MORAN,<br><br>  Defendants. | CASE NO. CR02-0423C<br><br>ORDER |

This matter comes before the Court on Defendants James and Pamela Moran's motion to modify their conditions of release. (Dkt. No. 1313.) Accompanied by the recommendations of the United States Pretrial Services Officers in Seattle as well as those responsible for monitoring Defendants in Colorado, Defendants request that the Court remove the condition that they be subject to electronic monitoring pending appeal. The government opposes the motion, arguing that no relevant facts have changed since Defendants were ordered released subject to electronic monitoring before trial. (*See* Opp'n 5–6.)

Acknowledging the justifications for the original imposition and continuation of electronic monitoring (*see* Dkt. Nos. 40, 41, 174, 611, 1153), the Court nonetheless finds that Defendants' consistent post-sentencing conduct, combined with the recommendations of the responsible probation officers, justifies the relief requested. *See* 18 U.S.C. § 3142(g)(3)(A) (factors include "family ties," "community ties," "and record concerning appearance at court hearings").

ORDER - 1

For these reasons, the Court hereby GRANTS Defendants' motion and ORDERS that their condition of release requiring electronic monitoring be removed. All other conditions of release shall remain in place pending appeal.

DATED this 14th day of April, 2006.

/s/ John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 2